·CITY OF SYRACUSE, Respondent, *v.* JOHN CORNWELL, Jr., et al.,
Appellants.

(Argued January 15, 1894; decided January 30, 1894.)

APPEAL from order of the General Term of the Supreme Court in the fourth judicial department, made September 14, 1893, which affirmed an order of Special Term directing the continuance of a temporary injunction.

*Louis Marshall* for appellants.

*C. L. Stone* for respondent.

Agree to affirm; no opinion.
All concur, except EARL, O'BRIEN and BARTLETT, JJ., dissenting.
Order affirmed.